KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL ANGEL DORANTES, <br> aka MIGUEL CASTRO, <br><br> Defendant. | CASE NO. 1:25-MJ-00067-SAB <br><br> MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the complaint and all other filings in this case. On or about July 23, 2025, the defendant was arrested. He will make his initial appearance on July 24, 2025. Therefore, the case should be unsealed to advise the defendant of the charges against him.

Dated: July 23, 2025

Very truly yours,

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MIGUEL ANGEL DORANTES,<br>　　aka MIGUEL CASTRO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:25-MJ-00067-SAB<br><br>ORDER TO UNSEAL CASE |

　　Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the complaint and other court filings in the case be UNSEALED.

　　IT IS SO ORDERED

DATED: **7/23/2025**

　　　　　　　　　　　　　　　　　　　*Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2